THE ATLANTIC REFINING COMPANY, appellant,

*v.*

JOSIAH STOKES et al., respondents.

[Submitted December 5th, 1910. Decided March 6th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in 77 *N. J. Eq.* (*7 Buch.*) *119*.

*Messrs. French & Richards,* for the appellant.

*Messrs. Wilson & Carr,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, CONGDON—13.

*For reversal*—None.